# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SKYAMBER SNODY, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF KARL R. SNODY, DECEASED, | : | No. 262 MAL 2020 |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| ROBERT A. ETTLINGER, M.D., PINNACLE HEALTH SYSTEM, PINNACLE HEALTH MEDICAL GROUP D/B/A PINNACLE HEALTH FAMILY CARE MILLERSBURG, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.